**In the United States District Court
for the Northern District of Illinois
Eastern Division**

| | |
|---|---|
| Kuiper Ventures LLC, | |
| Plaintiff, | Case No. 25-cv-14400 |
| v. | JURY TRIAL DEMANDED |
| The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associates Identified on Schedule A, | Dist. Judge Jeffrey I. Cummings<br><br>Mag. Judge Jeffrey T. Gilbert |
| Defendants | |

### *EX PARTE* MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY INJUNCTION, A TEMPORARY ASSET RESTRAINT, AND EXPEDITED DISCOVERY

Plaintiff, Kuiper Ventures LLC, by and through its counsel Jonathan L.A. Phillips, of **Phillips & Bathke, P.C.**, moves this Court, under Rule of Civil Procedure 65(b)(1)(A), for an Order granting a Temporary Restraining Order, including a Temporary Injunction, a Temporary Asset Restraint, and Expedited discovery against the Defendant in this action arising out of patent infringement under the Patent Act, 35 U.S.C. § 1, *et seq*.

A memorandum in support of this motion is being filed contemporaneously with this Motion.

Respectfully submitted,
Kuiper Ventures LLC, by

s/ Jonathan L.A. Phillips
Jonathan L.A. Phillips (IL6302752)
**Phillips & Bathke, P.C.**
300 Northeast Perry Avenue
Peoria, Illinois 61603
(309) 834-2296
jlap@pb-iplaw.com

1